# EXHIBIT A

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,584,904

Registered Feb. 27, 1990

## TRADEMARK
### PRINCIPAL REGISTER



ROSINA FOOD PRODUCTS, INC. (NEW YORK CORPORATION)
75 INDUSTRIAL PARKWAY
BUFFALO, NY 14227

FOR: ITALIAN FOODS - NAMELY, MEATBALLS, ITALIAN SAUSAGE WITH PEPPERS AND ONIONS IN SAUCE, AND BEEF OR PORK BASED PIZZA TOPPING, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-19-1964; IN COMMERCE 8-19-1964.

THE ENGLISH TRANSLATION OF THE WORD "ROSINA" IN THE MARK IS "ROSE".

SER. NO. 73-750,469, FILED 9-6-1988.

JERRY L. PRICE, EXAMINING ATTORNEY

# EXHIBIT B

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,350,542**

**Registered June 11, 2013**

**Int. Cl.: 29**

**TRADEMARK**

**PRINCIPAL REGISTER**

F&R IP, INC. (DELAWARE CORPORATION)
170 FRENCH ROAD
BUFFALO, NY 14227

FOR: FOOD PRODUCTS, NAMELY, FROZEN AND PACKAGED MEATS AND VEGETABLES; FROZEN AND PACKAGED ENTREES CONSISTING PRIMARILY OF MEAT AND/OR VE-GETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

OWNER OF U.S. REG. NO. 1,584,904.

THE MARK CONSISTS OF THE WORD "ROSINA" IN STYLIZED TEXT INSIDE AN OVAL SHAPE. SAID OVAL SHAPE IS PARTIALLY OUTLINED BY CURVED LINES AT THE TOP AND BOTTOM OF THE OVAL SHAPE. UNDER THE WORD "ROSINA" IS A CURVED LINE. TO THE LEFT OF "ROSINA" IS A ROSE WITH A STEM AND LEAVES.

THE ENGLISH TRANSLATION OF "ROSINA" IN THE MARK IS "ROSE".

SN 85-158,259, FILED 10-21-2010.

MICHELLE DUBOIS, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# EXHIBIT C

# United States of America

## United States Patent and Trademark Office

# ROSINA

**Reg. No. 6,123,358**

**Registered Aug. 11, 2020**

**Int. Cl.: 29, 30**

**Trademark**

**Principal Register**

F&R IP, Inc.  (DELAWARE CORPORATION)
170 French Road
Buffalo, NEW YORK 14227

CLASS 29: Meatballs; Beef meatballs; Swedish meatballs; Turkey meatballs; Veal meatballs; Chorizo meatballs; Eggplant parmigiana; Potato-based gnocchi; Food products, namely, frozen and packaged meats and vegetables; Frozen prepared meats; Frozen entrees consisting primarily of meat or vegetables; gluten-free meatballs; Food products, namely, beef and pork based pizza toppings in the nature of meatballs, and uncooked sausages

FIRST USE 8-19-1964; IN COMMERCE 8-19-1964

CLASS 30: Pasta; Filled pasta; Packaged meal kits consisting primarily of pasta; Frozen entrees consisting primarily of pasta; Packaged entrees consisting primarily of pasta; Ravioli; Tortellini; Pasta, namely, stuffed shells; Beef ravioli; Cavatelli; Cannelloni; Manicotti

FIRST USE 3-00-2001; IN COMMERCE 3-00-2001

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4350542

The English translation of "ROSINA" in the mark is "ROSE".

SER. NO. 88-727,103, FILED 12-13-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT D

Page Vault

| | |
|---|---|
| Document title: | Rosina's |
| Capture URL: | https://www.rosinasrestaurant.com/ |
| Page loaded at (UTC): | Fri, 06 May 2022 18:06:29 GMT |
| Capture timestamp (UTC): | Fri, 06 May 2022 18:07:05 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 5b468d8c-a02e-47cd-8fbd-abf82d5b97bd |
| User: | awever |

PDF REFERENCE #:        w72dXRVpwgAw818c8BAjPp

# ROSINA'S

RESERVATIONS

MENU    CONTACT    ORDER ONLINE    GIFT CARDS



---

## FRESH PASTAS, CRISPY NEW YORK STYLE PIZZAS, AND STRONG COCKTAILS

**HOURS:**
Monday – Friday : Open at 4pm
Saturday & Sunday : Open at 12pm

**LOCATION:**
230 Mill St, Greenwich, CT 06830

**PHONE:**
(203) 681-2376

ORDER GIFT CARDS

---

Document title: Rosina&#39;s
Capture URL: https://www.rosinasrestaurant.com/
Capture timestamp (UTC): Fri, 06 May 2022 18:07:05 GMT

# ROSINAS

MENU    CONTACT    ORDER ONLINE    GIFT CARDS

RESERVATIONS












# ROSINA'S

MENU     CONTACT     ORDER ONLINE     GIFT CARDS















230 Mill St.
Greenwich, CT 06830

Reservations
Follow

🔒 Page Vault

| | |
|---|---|
| Document title: | MENU — Rosina's |
| Capture URL: | https://www.rosinasrestaurant.com/menu |
| Page loaded at (UTC): | Fri, 06 May 2022 18:08:46 GMT |
| Capture timestamp (UTC): | Fri, 06 May 2022 18:21:59 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 46a3b70c-d7e6-40a6-b1ac-e43bb07a90b5 |
| User: | awever |

ROSINA'S

RESERVATIONS

MENU    CONTACT    ORDER ONLINE    GIFT CARDS

FOOD    BRUNCH    BAR    BY THE BOTTLE    AFTER DINNER

# ROSINA'S

## Salad

Arugula candied hazelnuts, pecorino, lemon vinaigrette..........17

Caesar romaine, anchovy, croutons, parmesan..........17

House local lettuces, sweet onion, pecorino, creamy Italian..........17

Kale melon, mustard greens, sesame, labne vinaigrette..........17

Caprese mozzarella di bufala, pear, basil..........19

## Pizza

Tomato & Sweet Onion basil, oregano..........15

Margherita fresh mozzarella, tomato, basil..........17

Meatball mozzarella, ricotta, parm, marinara..........22

Sausage marinara, fresh mozzarella, basil..........20

Mushroom burrata, black truffle, pecorino..........25

**Don't leave empty handed!**
**Bottled cocktails to take home**



Negroni
Old Fashioned
Rosina's Gincello

## Appetizer

Focaccia Calabrian chili butter, whipped ricotta..........12

Octopus & Potato marinara, pimento, lemon aioli..........21

Raviolo al'Uovo ramps, ricotta, fresh black truffle, egg yolk..........25

Beets labne, pistachio, espellette..........16

Burrata filone, brown butter, apples, hazelnuts, saba..........19

Arancini 'Nduja sausage, pecorino cream sauce..........16

Meatballs beef, veal, pork, marinara, parm..........19

Meat & Cheese truffle honey, grapes, grilled bread..........24

Crispy Potatoes bagna cauda, pecorino..........12

Chicken Cutlet house breading, parmesan, lemon..........16

Broccolini Calabrian chili, garlic, lemon..........14

Brussels Sprouts currant, pine nuts, yogurt ranch..........15

Garlic Bread pecorino, parmesan, garlic butter..........8

## Pasta

Gnocchi marinara, Calabrian chili, parm, basil..........19

Pappardelle bolognese, parm, pecorino..........26

Rigatoni braised pork, escarole, beans, tomato..........22

Cavatelli sweet sausage, broccolini, bianco sardo, chilis..........23

Malloreddus shrimp, Calabrian chili, breadcrumbs..........24

Bucatini cacio e pepe..........17

## Entree

Chicken Scarp hot peppers, sweet sausage, potatoes..........29

Steak Frites prime center cut ribeye, bordelaise, fries..........75

Osso Bucco pork shank, heirloom polenta, jus, gremolata..........35

Branzino mandarin, oro blanco, grapefruit, chicory, olive..........36

Center Cut Veal Chop Parmesan side of spaghetti..........55

*See other Side of the Menu for Drinks*

Consuming raw or undercooked meats, poultry, seafood, shellfish, or eggs may increase your risk of foodborne illness

*Chef de Cuisine : David Guiswanaat*

230 Mill St.
Greenwich, CT 06830

Reservations
Follow

Document title: MENU — Rosina&#39;s
Capture URL: https://www.rosinasrestaurant.com/menu
Capture timestamp (UTC): Fri, 06 May 2022 18:21:59 GMT

# EXHIBIT E

English

**ICANN** | L O O K U P (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)   Frequently Asked Questions (FAQ) (/en/faq)

| www.rosinasrestaurant.com |
|---|

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** ROSINASRESTAURANT.COM

**Registry Domain ID:** 2603832500_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
NS-CLOUD-A1.GOOGLEDOMAINS.COM
NS-CLOUD-A2.GOOGLEDOMAINS.COM
NS-CLOUD-A3.GOOGLEDOMAINS.COM
NS-CLOUD-A4.GOOGLEDOMAINS.COM

## Dates

**Registry Expiration:** 2023-04-08 18:36:20 UTC

**Updated:** 2022-04-08 23:08:14 UTC

**Created:** 2021-04-08 18:36:20 UTC

## Contact Information

## Registrant:

**Handle:** APZf75m005K8DOf34ibKfaP0AeK3g01B19DDDP0MgUZeUok-7mPN-bhNRi4dFUrLnSrPDdC0zyhI

**Name:** Contact Privacy Inc. Customer 7151571251

**Organization:** Contact Privacy Inc. Customer 7151571251

**Email:** contact-registrant@google.com

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

## Admin:

**Handle:** APZf75nQdljQU5c59RIoBRqz-UF1iMREsMP1n2U5Y_kAjPIwcVbO0WQB-ZZ594DXtXdG0Ie0JuN9

**Name:** Contact Privacy Inc. Customer 7151571251

**Organization:** Contact Privacy Inc. Customer 7151571251

**Email:** contact-registrant@google.com

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

## Tech:

**Handle:** APZf75kB2iX_QIyeozbp-u_7RQC2x_9ydtOT1v16mLe_h79qBCIYj4654WJDQxdBT_IpvV0AYtgn

**Name:** Contact Privacy Inc. Customer 7151571251

**Organization:** Contact Privacy Inc. Customer 7151571251

**Email:** contact-registrant@google.com

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

# Registrar Information

**Name:** Google LLC

**IANA ID:** 895

**Abuse contact email:** registrar-abuse@google.com

**Abuse contact phone:** tel:+1.8772376466

# DNSSEC Information

**Delegation Signed:** Signed

**Delegation Signer Data:**
Key Tag:  26531
Algorithm:  8
Digest Type:  2
Digest:  9C02B86B5D56C11F0E52D2388C381EB09E3FA340B4BEB68F49F9327EB5595F06

# Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/rosinasrestaurant.com (https://rdap.verisign.com/com/v1/domain/rosinasrestaurant.com)

**Last updated from Registry RDAP DB:** 2022-05-18 14:09:18 UTC

**Registrar Server URL:** https://domainsrdap.googleapis.com/v1/domain/ROSINASRESTAURANT.COM (https://domainsrdap.googleapis.com/v1/domain/ROSINASRESTAURANT.COM)

**Last updated from Registrar RDAP DB:** 2022-05-18 10:09:37 UTC

# Notices and Remarks

## Notices:

**RDAP Terms of Service**

This data is provided by Google for information purposes, and to assist persons obtaining information about or related to domain name registration records.

Google does not guarantee its accuracy.

By submitting an RDAP query, you agree that you will use this data only for lawful purposes and that, under no circumstances, will you use this data to:

1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via email (spam);

2) enable high volume, automated, electronic processes that apply to this RDAP server.

Google reserves the right to restrict or deny your access to the RDAP database.

These terms may be changed without prior notice.

By submitting this query, you agree to abide by these terms.

https://payments.google.com/payments/apis-secure/get_legal_document?ldt=domainsrdap-tos&ldl=en&ldr=US (https://payments.google.com/payments/apis-secure/get_legal_document?ldt=domainsrdap-tos&ldl=en&ldr=US)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://www.icann.org/wicf (https://www.icann.org/wicf)



Youtube
(http://www.youtube.com/icannnews)

Twitter
(https://www.twitter.com/icann)

Linkedin
(https://www.linkedin.com/company/icann)

Flickr
(http://www.flickr.com/photos/icann)

Facebook
(http://www.facebook.com/icannorg)

Newletters
(https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki
(https://community.icann.org/)

ICANN Blog
(https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies Policy (https://www.icann.org/privacy/cookies)

# EXHIBIT F

English

**ICANN** | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)   Frequently Asked Questions (FAQ) (/en/faq)

www.rosina.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** ROSINA.COM

**Registry Domain ID:** 274140_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientRenewProhibited (https://icann.org/epp#clientRenewProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
NS25.DOMAINCONTROL.COM
NS26.DOMAINCONTROL.COM

## Dates

**Registry Expiration:** 2031-05-28 04:00:00 UTC

**Updated:** 2022-03-12 13:37:33 UTC

**Created:** 1997-05-29 04:00:00 UTC

## Contact Information

## Registrant:

**Handle:** 1

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Email:** Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=rosina.com

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, United States

## Technical:

**Handle:** 3

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Email:** Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=rosina.com

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, United States

## Administrative:

**Handle:** 2

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Email:** Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=rosina.com

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, United States

## Billing:

**Handle:** 4

**Name:** Registration Private

**Organization:** Domains By Proxy, LLC

**Email:** Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=rosina.com

**Kind:** individual

**Mailing Address:** DomainsByProxy.com 2155 E Warner Rd, Tempe, Arizona, 85284, United States

# Registrar Information

**Name:** GoDaddy.com, LLC

**IANA ID:** 146

**Abuse contact email:** abuse@godaddy.com

**Abuse contact phone:** tel:480-624-2505

# DNSSEC Information

**Delegation Signed:** Unsigned

# Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/rosina.com (https://rdap.verisign.com/com/v1/domain/rosina.com)

**Last updated from Registry RDAP DB:** 2022-05-18 14:13:19 UTC

**Registrar Server URL:** https://rdap.godaddy.com/v1/domain/ROSINA.COM (https://rdap.godaddy.com/v1/domain/ROSINA.COM)

**Last updated from Registrar RDAP DB:** 2022-05-18 10:13:24 UTC

# Notices and Remarks

## Notices:

### Status Codes

For more information on Whois status codes, please visit https://www.icann.org/epp

https://icann.org/epp (https://icann.org/epp)

### RDDS Inaccuracy Complaint Form

URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf

https://www.icann.org/wicf (https://www.icann.org/wicf)

**Terms of Use**

By submitting an inquiry, you agree to these Universal Terms of Service
and limitations of warranty. In particular, you agree not to use this
data to allow, enable, or otherwise make possible, dissemination or
collection of this data, in part or in its entirety, for any purpose,
such as the transmission of unsolicited advertising and solicitations of
any kind, including spam. You further agree not to use this data to enable
high volume, automated or robotic electronic processes designed to collect
or compile this data for any purpose, including mining this data for your
own personal or commercial purposes, or use this data in any way that violates
applicable laws and regulations.

https://www.godaddy.com/agreements/showdoc?pageid=5403 (https://www.godaddy.com/agreements/showdoc?pa
geid=5403)



Youtube
(http://www.youtube.com/icannnews)

Twitter
(https://www.twitter.com/icann)

Linkedin
(https://www.linkedin.com/company/icann)

Flickr
(http://www.flickr.com/photos/icann)

Facebook
(http://www.facebook.com/icannorg)

Newletters
(https://www.icann.org/resources/pages/global-
newsletter-2018)

Community Wiki
(https://community.icann.org/)

ICANN Blog
(https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy
(https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies
Policy (https://www.icann.org/privacy/cookies)