# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSINA FOOD PRODUCTS, INC., and F&R IP INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ROSINA'S MILL STREET LLC d/b/a ROSINA'S RESTAURANT AND BAR,<br><br>      Defendant. | Civil Action No. 3:22-cv-00684-VAB |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of the United States District Court for the District of Connecticut and Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully requests that this Court grant an extension of time to Answer or otherwise move in connection with the Complaint up to and including Thursday, July 21, 2022.

Good cause for this request is established because the requested extension will enable the parties to further discuss the matter and determine whether they are able to potentially resolve some or all of the relevant issues raised by the Complaint filed in proceedings before this Court. Plaintiff consented to this request by email on Tuesday, June 7, 2022.

Dated: June 10, 2022.

              _____
              Todd S. Sharinn
              GILBRIDE, TUSA, LAST & SPELLANE LLC
              1011 High Ridge Road, Suite 305
              Stamford, Connecticut 06905
              Telephone: (203) 295-7045
              Email: tss@gtlslaw.com
              *Attorney for Rosina's Mills Street LLC*

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of June 2022, a true and correct copy of Defendant's foregoing Motion to Extend was filed electronically and served by email to all Parties by operation of the Court's CM/ECF electronic filing system and served by Federal Express Mail to anyone unable to accept the electronic filings as indicated on the Notice of Electronic Filings. Parties may access this filing through the Courts CM/ECF Systems.

Dated: June 10, 2022.

_____
Todd S. Sharinn
GILBRIDE, TUSA, LAST & SPELLANE LLC
1011 High Ridge Road, Suite 305
Stamford, Connecticut 06905
Telephone: (203) 295-7045
Email: tss@gtlslaw.com
*Attorney for Rosina's Mills Street LLC*