UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------------------------------- x
                                                           :   Case No.: 3:22-cv-00684-VAB
ROSINA FOOD PRODUCTS, INC., and                            :
F&R IP INC.,                                               :
                    Plaintiffs and                         :
              Counterclaim Defendants,                     :
                                                           :
                v.:                                        :
                                                           :
ROSINA'S MILL STREET LLC d/b/a                             :
ROSINA'S RESTAURANT AND BAR,                               :
                    Defendant and                          :
                    Counterclaimant.                       :
---------------------------------------------------------- x
```

# EXHIBIT

# A

to
**ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

FORMULA A
FORMULE A

| 1 | STATO:  ITALIA | 2 | SERVIZIO DELLO STATO CIVILE DI  SERVICE DE L'ÉTAT CIVIL DE | ACRI |

| 3 | ESTRATTO DELL'ATTO DI NASCITA N. 42 P. 1 S. / ANNO 1929 (Uff.1)  EXTRAIT DE L'ACTE DE NAISSANCE N. |

| 4 | | Giorno/Jo: 28 | Mese/Mo: 01 | Anno/An: 1929 | ACRI(CS) |

| 5 | COGNOME | GABRIELE |
| 6 | NOME | ROSINA |
| 7 | SESSO/SEXE | F | 8 | PADRE/PÈRE | | 9 | MADRE/MÈRE |
| 5 | COGNOME/NOM | GABRIELE | | GENCARELLI |
| 6 | PRENOMI/PRÉNOMS | GIUSEPPE | | MARIA |

| 10 | ALTRE ENUNCIAZIONI DELL'ATTO  AUTRE ENONCIATIONS DE L'ACTE  Mar.: GABRIELE ROSINA il 22/07/1950 ha celebrato matrimonio con CARPINTERI MARIO nel comune di FLORIDIA (SR) (Atto n° 68 Parte II S. A ANNO 1950) . Acri, 20/09/1950. |

AI SENSI DELL'ART.40, D.P.R. 28 DICEMBRE 2000, N. 445, IL PRESENTE CERTIFICATO E' RILASCIATO SOLO PER L'ESTERO.

| 11 | DATA DI RILASCIO, FIRMA – BOLLO  DATE DE DÉLIVRANCE, SIGNATURE, SCEAU  ACRI | Giorno/Jo: 26 | Mese/Mo: 01 | Anno/An: 2021 | L'UFFICIALE DELLO STATO CIVILE  L'UFFICIALE DI STATO CIVILE  (DE LUCA GIANFRANCO) |

SYMBOLES / ZEICHEN / SYMBOLS / SIMBOLOS / ΣΥΜΒΟΛΑ / SIMBOLI /
SYMBOLEN / SIMBOLOS / ISARETLER / SIMBOLI

— Jo: Jour / Tag / Day / Día / Ἡμέρα / Giorno / Dag / Dia / Gün / Dan
— Mo: Mois / Monat / Month / Mes / Μήν / Mese / Maand / Mês / Ay / Meseo
— An: Année / Jahr / Year / Año / Ἔτος / Anno / Jaar / Ano / Yıl / Godina
— M: Masculin / Männlich / Masculine / Masculino / Ἄρρεν / Maschile / Mannelijk / Masculino / Erkek / Muški
— F: Féminin / Weiblich / Feminine / Femenino / Θῆλυ / Femminile / Vrouwelijk / Feminino / Kadın / Ženski
— Mar: Mariage / Eheschliessung / Marriage / Matrimonio / Γάμος / Matrimonio / Huwelijk / Casamento / Evlenme / Zakljućenje braka
— Sc: Séparation de corps / Trennung von Tisch und Bett / Legal separation / Separación personal / Χωρισμός ἀπό τραπέζης καί κοίτης / Separazione personale / Scheiding van tafel en bed / Separação de pessoas e bens / Ayrılık / Fizička rastava
— Div: Divorce / Scheidung / Divorce / Divorcio / Διαζύγιον / Divorzio / Echtscheiding / Divórcio / Boşanma / Razvod
— A: Annulation / Nichtigerklärung / Annulment / Anulación / Ἀκύρωσις / Annullamento / Nietigverklaring / Anulação / İptal / Poništenje
— D: Décès / Tod / Death / Defunción / Θάνατος / Morte / Overlijden / Óbito / Ölümü / Smrt
— Dm: Décès du mari / Tod des Ehemanns / Death of the husband / Defunción del marido / Θάνατος τοῦ συζύγου / Morte del marito / Overlijden van de man / Óbito do marido / Kocanın ölümü / Smrt muža
— Df: Décès de la femme / Tod der Ehefrau / Death of the wife / Defunción de la mujer / Θάνατος τῆς συζύγου / Morte della moglie / Overlijden van de vrouw / Óbito da mulher / Karının ölümü / Smrt žene