UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x
:    Case No.: 3:22-cv-00684-VAB
ROSINA FOOD PRODUCTS, INC., and :
F&R IP INC., :
              Plaintiffs and :
      Counterclaim Defendants, :
:
          v.: :
:
ROSINA'S MILL STREET LLC d/b/a :
ROSINA'S RESTAURANT AND BAR, :
           Defendant and :
           Counterclaimant. :
------------------------------------------------------------ x

# EXHIBIT

# B

to
ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS











