UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
----------------------------------------------------------- x
                                               :    Case No.: 3:22-cv-00684-VAB
ROSINA FOOD PRODUCTS, INC., and                :
F&R IP INC.,                                   :
                        Plaintiffs and         :
                  Counterclaim Defendants,     :
                                               :
                  v.:                          :
                                               :
ROSINA'S MILL STREET LLC d/b/a                 :
ROSINA'S RESTAURANT AND BAR,                   :
                        Defendant and          :
                        Counterclaimant.       :
----------------------------------------------------------- x
```

# EXHIBIT

# C

to
ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

Jason S. Nardiello (jnardiello@barclaydamon.com)
J. Joseph Bainton (jbainton@barclaydamon.com)
Joseph A. Murphy (jmurphy@barclaydamon.com)

BARCLAY DAMON LLP
1270 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 784-5800
Facsimile:    (212) 784-5777

RECEIVED

JUN 0 1 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

*Attorneys for Plaintiffs Rosina Food Products, Inc. and F&R IP Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ROSINA FOOD PRODUCTS, INC. and
F&R IP Inc.

                Plaintiff,

vs.

MAMA ROSE LIMITED LIABILITY
COMPANY, DOMINICK TODARO
and JOSEPH TODARO,

                Defendants.

Civil Action No. 3:16-cv-4772-AET-TJB

**CONSENT JUDGMENT**

---

    Upon the consent of the Parties indicated by the signatures below, this action is adjudicated subject to the following terms and conditions that based upon the plausible averments of the Amended Complaint the Court's finds just:

1. Defendants are permanently enjoined from the use of the word "Rosina" either with or without an association with a graphic rose in connection with the offering for sale or sale of food services or the catering of food services unless on materials used by Defendants to promote such activities, including without limitation such things as menus or websites, such materials display in a reasonably prominent way a disclaimer that states "Not Affiliated with Rosina Food Products, Inc."

2. Defendants shall pay to Plaintiff within 30 days of the entry of this Consent Judgment the sum of $7,500.

3. To whatever extend the Amended Complaint in this action seeks relief beyond that granted in the preceding two paragraphs that Amended Complaint is hereby dismissed with prejudice with all parties to bear their respective costs.

Dated: Newark, New Jersey
May 30 2017

_____
U.S.D.J.

June 1, 2017

We hereby consent to the entry of the foregoing judgment after having consulted with our respective counsel before doing so and being satisfied as to the competence and services of such counsel.

Rosina Food Products, Inc. and F&R IP Inc.

By: _____
A. Joseph Bainton
Attorney In Fact

Mama Rose Limited Liability Company

By: _____
Dominick Todaro
Managing Member

_____
Dominick Todaro

_____
Joseph Todaro