UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------ x
                                                       :  Case No.: 3:22-cv-00684-VAB
ROSINA FOOD PRODUCTS, INC., and                        :
F&R IP INC.,                                           :
                       Plaintiffs and                  :
              Counterclaim Defendants,                 :
                                                       :
              v.:                                      :
                                                       :
ROSINA'S MILL STREET LLC d/b/a                         :
ROSINA'S RESTAURANT AND BAR,                           :
                       Defendant and                   :
                       Counterclaimant.                :
------------------------------------------------------ x
```

# EXHIBIT

# D

to
ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS



Paesana

Table Joy.

Gourmet
Specialties

101 Central Avenue
PO Box 709
E. Farmingdale
New York 11735
631-845-1717
fax: 631-420-7309
www.paesana.com
www.lspacking.com

# L&S Packing Company, Inc.

*"Packing Perfection . . . From Sauce to Nuts"*

January 26th, 2012

Alpa V. Patel, Esq.
Hiscock & Barclay, LLP
Seven Times Square
New York NY 10036

Re: Consent to Registration of ROSINA and design Mark by F & R IP, Inc.
U.S. Trademark Application Serial No. 85/158259

Dear Ms. Patel:

We understand that your client, F & R IP, Inc. is seeking to register an updated logo style of its existing ROSINA trademark, but that such has been initially refused based on our subsisting registration for the mark ROSINA.

Based on our discussions, this letter confirms our respective beliefs that there is no likelihood of confusion between F & R IP, Inc.'s trademark ROSINA and design (Application No. 85/158,259 and Registration No. 1,584,904) and L & S Packing Co., Inc.'s trademark ROSINA (Registration No. 1,825,290). This belief is based on the following:

- The respective companies have operated in the marketplace using their respective ROSINA marks for over 55 years without a single instance of actual confusion in the marketplace. F&R IP's ROSINA trademark was first used by a predecessor-in-interest in 1963; all prior rights, title, and interest to the ROSINA marks and goodwill therein have been assigned to F&R IP. L and S Packing first used its ROSINA trademark in 1954.

- The marks are visually distinctive. F&R IP's applied-for trademark contains a flower design near the letter "R" in the ROSINA mark, whereas L and S Packing is used without any design element appearing in the lettering. In addition, F&R IP is the owner of a subsisting registration (U.S. Registration No. 1,584,904) of the trademark "ROSINA" and design which also contains a flower design.

- F&R IP has sold and continues to sell prepared food products, such as frozen and packaged pastas, meats and vegetables, typically sold in the frozen food section of retail grocery markets throughout the

# L&S Packing Company, Inc.

United States. L and S Packing has sold and continues to sell olive oil, bottled peppers, processed pimentos, processed olives, maraschino cherries, processed onions, processed artichoke hearts, processed pignoli nuts, processed pepperoni, processed lupini beans, pizza sauce and giardiniera which are sold throughout the United States on the wholesale level and in various types of retail outlets.

* In the event any confusion caused by the concurrent use or registration of the parties' respective trademarks is brought to the attention of either of the parties, the parties agree that they shall consult with one another in good faith and take whatever steps may be reasonably necessary or desirable, and mutually agreeable, to prevent any further occurrence of confusion.

Based on the foregoing and our expertise in the food industry, we believe there is no likelihood of confusion in the relevant marketplace, and therefore consent to registration of F&R IP's ROSINA and design trademark, as shown in the above-referenced application.

Sincerely,
L & S Packing Company, Inc.

Jacqueline S. Massaro
Vice President

Agreed and Understood by F & R IP, Inc.:
Name: ROGER L. PALCZEWSKI
Title: CHIEF OPERATING OFFICER
Date: 22 FEB 12

101 Central Avenue • PO Box 709 • E. Farmingdale, New York 11735 • 631-845-1717 • fax: 631-420-7309
www.paesana.com