UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSINA FOOD PRODUCTS, INC., and F&R IP INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROSINA'S MILL STREET LLC dba ROSINA'S RESTAURANT AND BAR,<br><br>    Defendant.<br><hr>ROSINA'S MILL STREET LLC dba ROSINA'S RESTAURANT AND BAR,<br><br>    Counterclaimant,<br><br>v.<br><br>ROSINA FOOD PRODUCTS, INC., and F&R IP INC.,<br><br>    Counterclaim Defendant. | Case No. 3:22-cv-00684-VAB |

## STIPULATION FOR DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs/Counterclaim Defendants Rosina Food Products, Inc. and F&R IP Inc. and Defendant/Counterclaim Plaintiff Rosina's Mill Street LLC dba Rosina's Restaurant and Bar, through their attorneys, stipulate to the dismissal of all claims, counterclaims, and defenses in this action with prejudice and with each party bearing its own costs, attorney's fees and expenses.

Respectfully submitted,

Dated: January 24, 2023

DEFENDANT/COUNTERCLAIM
PLAINTIFF – ROSINA'S MILL STREET
LLC dba ROSINA'S RESTAURANT AND
BAR

By: _____
Todd S. Sharinn (CT419121)
Gilbride, Tusa, Last & Spellane LLC
1011 High Ridge Road, Suite 305
Stamford, CT 06905
Tel. (203) 542-8418
Fax (203) 622-9392
E-mail tss@gtlslaw.com

Dated: January 24, 2023

PLAINTIFFS/COUNTERCLAIM
DEFENDANTS – ROSINA FOOD
PRODUCTS, INC. and F&R IP INC.

By: _____
John D. Cook (phv206803)
Barclay Damon LLP
Barclay Damon Tower
135 East Jefferson Street
Syracuse, NY 13202
Tel. (315) 425-2885
Fax (315) 703-7353
E-Mail jcook@barclaydamon.com

-and-

Daniel P. Elliott (CT28058)
Barclay Damon LLP
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut 06511
Tel. (203) 672-2658
Fax (203) 654-3258
E-Mail delliott@barclaydamon.com

IT IS SO ORDERED.

Dated: January 25, 2023

_____
Hon. Victor A. Bolden
United States District Judge